THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISIDORE KATZ and JULIUS RODELL, Appellants.

Court of Special Sessions, City of New York, Appellate Part, Second Judicial Department, Kings County, December 27, 1929,

*A. H. Kesselman*, for the appellants.

*Charles J. Dodd*, for the respondent.

HERBERT, J. The appellant was convicted of disorderly conduct in a Magistrates' Court, in that he, acting in concert with another, without authority and against the wishes of one Katz, entered his premises which was a loft factory and said to him: " If you don't comply with the demands of the union we will send fifty men up and if that is not enough we will send a hundred to destroy your

shop." There is a slight, but, in our opinion, immaterial variance between the complaint and the proof.

The appellant contends that he was improperly convicted because it nowhere appears that the place in which the disorderly conduct was committed was a public place, citing in support of his contention *People* v. *Lorden* (209 App. Div. 886). An examination of the record in the *Lorden* case discloses that the complaint was brought under section 1458 of the Consolidation Act, and that the proof does not show that the offense complained of was committed in a public place, for which reason the Appellate Division reversed the judgment.

In the case at bar, however, the conditions are different. Here the appellant is charged specifically with violating section 722, subdivision 2, of the Penal Law and there is nothing in that statute which limits the offense to a public place. (Penal Law, § 722, subd. 2.) (See, also, *People* v. *Gertner*, 124 Misc. 114.) Other questions have been raised by the appellant with which we do not agree.

Judgment affirmed.

KERNOCHAN, P. J., and McINERNEY, J., concur.